COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 December 10, 2015
 No. 10-15-00125-CV
 SANDERSON FARMS, INC. (PROCESSING DIVISION)
 v.
 GERALD W. WATSON
 _______________
 
 From the 414[th] District Court
 McLennan County, Texas
 Trial Court No. 2010-3000-5
 
--------------------------------------------------------------------------------
JUDGMENT

 Sanderson Farms, Incorporated (Processing Division)'s motion to dismiss the appeal was considered by the Court. The Court grants the motion. It is the judgment of this Court that the appeal is dismissed. 
 There being no agreement of the parties as to costs, it is further ordered that costs of this appeal are taxed against Sanderson Farms, Incorporated (Processing Division).
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
 By: ___________________________
 Nita Whitener, Deputy Clerk